**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 08-7527**

———————

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

MICHAEL BROWN, a/k/a Rasheem Russell, a/k/a Hakeem Brown,
a/k/a Rasheem Jamal Russell, a/k/a Michael Haseem Brown,

          Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:01-cr-00023-CMH-1)

———————

Submitted:  June 18, 2009          Decided:  June 22, 2009

———————

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Brown, Appellant Pro Se.   Kathleen  Marie  Kahoe,
Assistant  United  States  Attorney,  Alexandria,  Virginia,  for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Brown appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Brown, No. 1:01-cr-00023-CMH-1 (E.D. Va. filed July 14, 2008 & entered July 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED